

Kirk E. MacKinnon Morrow
Zuckerman Spaeder LLP
kmackinnonmorrow@zuckerman.com

ZUCKERMAN
SPAEDER

October 30, 2025

**VIA CM-ECF**

The Honorable Deborah K. Chasanow
United States District Judge
U.S. District Court, District of Maryland
6500 Cherrywood Lane
Greenbelt, Maryland 20770

  Re: *Akinola v. Stafford-Schroyer, et al.*, No. 22-cv-657: Notice of Bankruptcy Decision

Dear Judge Chasanow:

  We write to notify the Court that the United States Bankruptcy Court for the Southern District of Texas today entered a "Second Decision and Order on YesCare's Omnibus Motion to Enjoin Plaintiffs from Prosecuting Cases Against Released Parties" (Dkt. No. 2521) in the matter of *In re Tehum Care Services, Inc.*, Case No. 23-90086 (Bankr. S.D. Tex.) ("Bankruptcy Order"). The Bankruptcy Order is attached as **Exhibit 1**.

  The Bankruptcy Order holds that the Plaintiff in this case, Rilwan Akinola, "is not bound by the consensual releases under the Plan" of bankruptcy, on which basis YesCare sought to enjoin Mr. Akinola from proceeding with this civil action against Defendant Amy Stafford-Schroyer. Bankruptcy Order at 7.  The Bankruptcy Order renders moot Defendant Stafford-Schroyer's pending "Motion to Stay this Action Unless the U.S. Bankruptcy Court for the Southern District of Texas in *In re Tehum Care Services, Inc.* Issues an Order Permitting the Plaintiff to Further Prosecute the Action" (Dkt. No. 73).

      Respectfully submitted,

      */s/ Kirk E. MacKinnon Morrow*
      */s/ J. Benjamin Jernigan*

      Kirk E. MacKinnon Morrow
      J. Benjamin Jernigan

 cc: Martin S. Himeles, Jr.
   Megan Trocki Mantzavinos
   Brittaney Ferrier